___ ✓ FILED          ___ RECEIVED
___ ENTERED          ___ SERVED ON
          COUNSEL/PARTIES OF RECORD

MAR 2 2 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,          )
                                    )
        v.                          )
                                    )        2:11-CR-234-JCM (CWH)
RAY BARNES, JR.,                    )
                                    )
                Defendant.          )

## FINAL ORDER OF FORFEITURE

On January 4, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant RAY BARNES, JR. to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant RAY BARNES, JR. pled guilty. Docket #1, #27, #30.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 6, 2012, through February 4, 2012, notifying all third parties of their right to petition the Court. #31.

This Court finds no petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

1        This Court finds no petitions are pending with regard to the assets named herein and the time

2   for presenting such petitions has expired.

3        THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

4   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

5   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

6   32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section

7   2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to

8   law:

9           a)     Mossberg 20 gauge shotgun, Model 88 Maverick, serial # MV87095P; and

10          b)     any and all ammunition.

11       The Clerk is hereby directed to send copies of this Order to all counsel of record and

12  three certified copies to the United States Attorney's Office.

13       DATED this _____ day of _____, 2012.

14

15

16                        UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26